In the Matter of the Claim of LILLIAN S. MARINO, Respondent, against FRED BORMANN et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — mechanic in garage seen to enter boiler room carring pail of oil and come out in flames — contention that he was not in regular course of employment and that injuries did not arise therefrom overruled.*

*Matter of Marino* v. *Bormann*, 222 App. Div. 783, affirmed.

(Argued March 27, 1928; decided April 10, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 15, 1927, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant's husband was employed as a mechanic in a garage. He was seen to enter the boiler room carrying a pail of oil. Shortly after he ran out with his clothes on fire and thereafter died as the result of burns received. There was evidence sufficient to justify a finding that there was an explosion. Defendants contended that decedent was not in the regular course of his employment and that the injuries resulting in his death did not arise out of his employment.

*Jeremiah F. Connor* and *William A. Earl* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE and LEHMAN, JJ. Dissenting: ANDREWS, KELLOGG and O'BRIEN, JJ.